UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTHONY ELLIS, )<br>)<br>       Petitioner, )<br>v.                                           )<br>)<br>ALLEN FINNEY, )<br>)<br>       Respondent. ) | No. 1:06-cv-1357-DFH-WTL |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_David F. Hamilton_
DAVID F. HAMILTON, Judge
United States District Court

Date:  4/6/2007

Laura Briggs, Clerk
United States District Court

_Linda S Carmichael_
By: Deputy Clerk

Distribution:

Anthony Ellis
DOC #962768
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111

Pamela Sue Moran
INDIANA STATE ATTORNEY GENERAL
pamela.moran@atg.in.gov